

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 18, 2020**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Chapter 11** |
| **EVENTIDE CREDIT ACQUISITIONS,** | § | |
| **LLC,** | § | **CASE NO. 20-40349-ELM** |
| | § | |
| Debtor. | § | |
| | § | |
| **EVENTIDE CREDIT ACQUISITIONS,** | § | |
| **LLC,** | § | |
| Plaintiff, | § | |
| **v.** | § | |
| | § | **ADVERSARY NO. 20-04030-ELM** |
| **BIG PICTURE LOANS, LLC,** | § | |
| **ASCENSION TECHNOLOGIES, LLC,** | § | |
| and **TRIBAL ECONOMIC** | § | |
| **DEVELOPMENT HOLDINGS, LLC,** | § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING ADVERSARY PROCEEDING

This Court has considered the *Specially-Appearing Tribal Defendants' Motion to Dismiss*

*for Lack of Subject Matter Jurisdiction* at Adv. No. 20-04030 Dkt. 18, filed by Defendants Big

Picture Loans, LLC ("**Big Picture**"), Ascension Technologies, LLC, ("**Ascension**") and Tribal Economic Development Holdings, LLC ("**TED**"), the record in the main bankruptcy case and its related adversary proceedings, including the *Consumer Borrowers' Motion For An Order Dismissing The Debtor's Chapter 11 Case Or, In The Alternative, For Abstention* at Case No. 20-40349 Dkt. 123, the evidence, the legal authorities, and arguments of counsel, and finds that, based on the Court's Findings of Fact and Conclusions of Law announced on the record on June 9, 2020, this adversary proceeding should be, and hereby is, DISMISSED without prejudice.

# # # End Of Order # # #

Submitted by:

Toby L. Gerber
State Bar No. 07813700
toby.gerber@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone:    (214) 855-8000
Facsimile:    (214) 855-8200

ATTORNEYS FOR BIG PICTURE LOANS, LLC and
ASCENSION TECHNOLOGIES, LLC and
TRIBAL ECONOMIC DEVELOPMENT HOLDINGS, LLC